IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HOLLY JULIAN,

     Appellant,

v.

BAY COUNTY DISTRICT
SCHOOL BOARD,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0597

Opinion filed April 15, 2015.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Cecile M. Scoon, Panama City, for Appellant.

No appearance for Appellee.

PER CURIAM.

Having considered appellant's responses to the Court's orders of February 26, 2015, and March 13, 2015, the Court has determined that the appeal is premature. C.f. Hickox v. Taylor, 933 So. 2d 675 (Fla. 1st DCA 2006). Accordingly, the appeal is dismissed without prejudice to seek review upon entry of a final order.

WOLF and RAY, JJ., CONCUR. BENTON, J., DISSENTS WITH OPINION.

BENTON, J., dissenting.

I respectfully dissent. As to the December 11, 2014, judgment, in my view, the appeal should be allowed to proceed as an appeal from a partial, final judgment. See Fla. R. App. P. 9.110(k). The order of January 8, 2015, denied rehearing as to the December 11, 2014, judgment insofar as it dismissed both counts one and two, the only counts addressed in the judgment.

2